UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>NICHOLAS C. RESCINO,<br><br>  Defendant. | Case No.  20-cv-00881-BLF<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; AND GRANTING VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SUMMONS**<br><br>[Re:  ECF 1, 18] |

The Court has reviewed the Report and Recommendation ("R&R") of Chief Magistrate Judge Joseph C. Spero (ECF 18), recommending that the Court grant Petitioner United States of America's Verified Petition to Enforce Internal Revenue Summonses (ECF 1) against Respondent Nicholas C. Rescino.  Rescino has not filed an objection to the R&R and the deadline to object has elapsed.  *See* Fed. R. Civ. P. 72(b)(2) (deadline for objection is fourteen days after being served with report and recommendation); Decl. of Benjamin J. Wolinsky, ECF 22 (Respondent served with R&R by email on August 6, 2020 and by mail on August 7, 2020).

The Court finds the R&R to be correct, well-reasoned and thorough.  In particular, the Court agrees with Judge Spero's conclusion that the United States has met its burden of establishing that the summons was issued in good faith as required under the holding of *United States v. Powell*, 379 U.S. 48, 57-58 (1964).  The burden thus shifts to Rescino to show lack of good faith or abuse of process on the part of the United States.  *See id*. at 58.  Judge Spero granted Rescino an opportunity to make such showing by issuing an Order to Show Cause why the petition should not be granted.  *See* OSC, ECF 5.  Rescino neither responded to the Order to Show Cause nor appeared at the show cause hearing held on July 10, 2020.  *See* R&R at 5, ECF 18.

Accordingly, IT IS HEREBY ORDERED as follows:

(1) The R&R is ADOPTED by the Court;

(2) The Verified Petition to Enforce Internal Revenue Service Summons is GRANTED;

(3) As soon as is practicable, the United States SHALL submit to the Court a proposed order requiring Rescino to appear before a Revenue Officer to give testimony and produce the items described in the IRS Summons. Consistent with the R&R and in light of health concerns arising from the COVID-19 pandemic, the proposed order shall provide for Rescino's appearance by telephone and Rescino's submission of records by electronic means. The proposed order shall include the date and time of Rescino's telephonic appearance before the Revenue Officer, the deadline for Rescino's electronic submission of records, and clear instructions to Rescino regarding the telephonic appearance and electronic submission of records.

(4) This order terminates ECF 1 and 18.

**IT IS SO ORDERED.**

Dated: August 25, 2020

_____
BETH LABSON FREEMAN
United States District Judge