DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6996
Facsimile: (415) 436-6748
benjamin.wolinsky@usdoj.gov

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-cv-00881-BLF |
| Petitioner, | [PROPOSED] ORDER ENFORCING IRS SUMMONS |
| v. | **AS MODIFIED BY THE COURT** |
| NICHOLAS C. RESCINO, | |
| Respondent. | |

# [PROPOSED] ORDER

Pursuant to the Court's order on August 25, 2020 (ECF 24), it is further ORDERED that:

1. Respondent Nicholas C. Rescino ("Respondent") shall produce all materials demanded by the IRS summons (ECF 1, Ex. A) to Revenue Officer Joseph Meng ("RO Meng"), or his designated representative, by October 7, 2020. The production shall be made by electronic facsimile to (866) 258-3756. The production must include a cover page, which will consist of Respondent's full name and "Attention: RO Joseph Meng, San Francisco." If the facsimile number changes, or if IRS becomes aware of other technical issues, it will provide Respondent with written notice and further instructions.

2. Respondent shall appear and give sworn testimony before RO Meng, or his designated representative, on October 14, 2020, at 9:30 a.m. The testimony will be taken by telephone and recorded by IRS. Respondent will dial in to (866) 752-9094; he will then enter a passcode, which IRS

will provide in advance by email.  If this appointment needs to be rescheduled, or other logistics change, IRS will provide Respondent with written notice and further instructions.

3. The Court will retain jurisdiction to enforce this order through its contempt power.

4. **Petitioner** is directed to serve this order, along with copies of the petition and summons (ECF 1) and the previous order (ECF 24), by U.S. Mail to Respondent Nicholas C. Rescino, 301 Barneveld Avenue, San Francisco, California 94124-1319.

**IT IS SO ORDERED**.

Dated:   September 1, 2020

_____
BETH LABSON FREEMAN
United States District Judge

[PROPOSED] ORDER ENFORCING IRS SUMMONS
20-CV-00881-BLF