STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6996
    Facsimile: (415) 436-6748
    benjamin.wolinsky@usdoj.gov

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>  v.<br><br>NICHOLAS C. RESCINO,<br><br>    Respondent. | CASE NO. 5:20-cv-00881-BLF<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR ENTRY OF ORDER TO SHOW CAUSE RE: CONTEMPT** |

    Good cause having been shown by the United States upon its Application For Entry of an Order To Show Cause Re: Contempt, it is hereby

    ORDERED that respondent NICHOLAS C. RESCINO ("Respondent") appear with his counsel, Michael W. Melchin, before this Court on the 7th day of October, 2021, at 9:00 a.m., in Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, California, and then and there show cause, if he has any, why Respondent should not be held in contempt for his failure to comply with the Order Granting Petition to Enforce Summons filed September 1, 2020 (ECF 26); and it is further

    ORDERED that a copy of this Order to Show Cause Re: Contempt be served upon Respondent by Petitioner, via email, to his counsel at least thirty-five (35) days before the return date of this Order; and it is further

APPLICATION FOR ENTRY OF ORDER RE. CONTEMPT OF COURT; [PROPOSED] ORDER
5:20-CV-0881-BLF

ORDERED that within twenty-eight (28) days before the return date of this Order, Respondent may file and serve a written response to the Order to Show Cause Re: Contempt, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motions he desires to make; that Petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order.

ORDERED this __1st__ day of __April_____, 2021, at San Jose, California.

*[signature: Beth Labson Freeman]*
HON. BETH LABSON FREEMAN
United States District Judge