# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>NICHOLAS C. RESCINO,<br><br>Respondent. | Case No. 20-cv-00881-BLF<br><br>**ORDER FINDING THAT RESPONDENT HAS FAILED TO PURGE CONTEMPT; AND SETTING FINAL DEADLINE FOR RESPONDENT TO PURGE CONTEMPT**<br><br>[Re: ECF 47] |

On October 7, 2021, the Court issued an Order Finding Respondent in Civil Contempt ("Contempt Order"). *See* Contempt Order, ECF 43. The Court granted Respondent Nicholas C. Rescino ("Rescino") an opportunity to purge the contempt by submitting all documents demanded by the IRS Summons and identified with particularity in the Contempt Order by 5:00 p.m. on October 14, 2021. *See id.*

On October 22, 2021, the Government filed a Notice Regarding Failure to Purge Contempt. *See* Notice, ECF 47. Based on the Government's Notice and supporting documentation, the Court finds that Rescino has failed to comply with the Contempt Order's requirement that he submit to the Government a declaration under penalty of perjury stating that, after a diligent search, he has produced all documents in his possession, custody, or control that are responsive to the IRS Summons. With respect to *each* of the following documents demanded in the IRS Summons, Rescino has failed to comply with the Contempt Order's requirement that he state in his declaration that the document (a) has been produced to the Government, (b) is being produced contemporaneously with the declaration, or (c) is not in Rescino's possession, custody, or control:

- Form W3, Form W2, and Form 1099s for 2019;
- Documents regarding Paychex account(s);
- Documents regarding Global Payments account(s);
- Contracts regarding the real property at 301 Barneveld Ave, San Francisco, CA 94124, which is owned by Mr. Rescino's father and is where Mr. Rescino operates his business;
- Form 940 for the calendar periods ending:
    - December 31, 2009,
    - December 31, 2010,
    - December 31, 2011,
    - December 31, 2012,
    - December 31, 2013,
    - December 31, 2014
- Form 941 for the quarterly periods ending:
    - June 30, 2009, September 30, 2009, December 31, 2009,
    - March 31, 2010, June 30, 2010, September 30, 2010, December 31, 2010,
    - March 31, 2011, June 30, 2011, September 30, 2011, December 31, 2011,
    - March 31, 2012, June 30, 2012, September 30, 2012, December 31, 2012,
    - March 31, 2013, June 30, 2013, September 30, 2013, December 31, 2013,
    - March 31, 2014, June 30, 2014, September 30, 2014, December 31, 2014,
    - September 30, 2016, December 31, 2016,
    - June 30, 2017.

The Court will grant Rescino one final opportunity to purge the contempt by submitting to the Government by 5:00 p.m. on Thursday, October 28, 2021: (1) *each and every* document listed above that is in Rescino's possession, custody, and control; and (2) a declaration accounting for *each* of the documents listed above in the manner specified in the Contempt Order. To be clear, that means Rescino must separately list each of the above documents and as to each, separately, state that it has been produced previously, is being produced now, or after a diligent search is not within Rescino's possession, custody, or control. The declaration must be signed under the penalty of perjury under the laws of the United States.

If Rescino fails to comply fully with the Contempt Order by 5:00 p.m. on Thursday, October 28, 2021, the twenty-one day fine period described in the Contempt Order will commence on Friday, October 29, 2021, without further notice. As set forth in the Contempt Order, if Rescino does not submit the required materials by the end of the twenty-one day fine period, the Court will issue a bench warrant for his arrest.

1    As soon as is practicable, the Government SHALL serve this order on Rescino via email to
2    his counsel, and SHALL file proof of such service.

Dated: October 25, 2021

_____
BETH LABSON FREEMAN
United States District Judge